FILED - GR
September 24, 2021 11:36 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: TB 9/24/21

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES FREDERICK WYNN,

    Defendant.

_____/

**1:21-cr-172**
**Robert J. Jonker**
**Chief U.S. District Judge**

**FELONY INFORMATION**

The United States Attorney charges:

(Wire Fraud)

Between in or about November 2016 and continuing to in or about May 2018, in Emmet County, in the Southern Division of the Western District of Michigan, and elsewhere,

JAMES FREDERICK WYNN

knowingly devised a scheme and artifice to defraud to obtain money by means of false and fraudulent pretenses, representations, and promises, and transmitted and caused to be transmitted certain writings, signs, signals, and sounds by means of wire communication in interstate commerce to execute the scheme.

Specifically, at all times relevant to this Information:

1.     Defendant JAMES FREDERICK WYNN was an attorney licensed to practice law in the State of Michigan doing business as "Wynn Law, PLLC" and "J.F. Wynn & Associates." He maintained an office in Petoskey, Emmet County, Michigan.

2.     Defendant JAMES FREDERICK WYNN devised and executed a scheme to defraud to obtain money from International Samarkand Hotel Group, LLC; Nan E. Casey; and Thomas G. McIntyre by means of false and fraudulent pretenses and representations.

The object of his scheme was to obtain money to use for his personal living and business expenses, including paying off existing debt.

3. To execute the scheme to defraud, Defendant JAMES FREDERICK WYNN transmitted, and caused others to transmit, certain writings, signs, signals, and sounds by means of wire communication in interstate commerce. WYNN used an electronic mail account and sent and received electronic mail over the Internet in furtherance of the scheme.

**18 U.S.C. § 1343**

Dated: September 24, 2021

ANDREW BYERLY BIRGE
United States Attorney

CHRISTOPHER M. O'CONNOR
Assistant United States Attorney